# EXHIBIT E

**<u>Infringement Claim Chart for U.S. Patent No. 10,675,817 Based on Superior Perfect Alignment Tray</u>**

Superior directly and/or indirectly infringes at least example claims 1 and 10 of U.S. Patent No. 10,675,817 ('the '817 patent') by making, using, offering to sell, selling, and/or importing the Accused Products into the United States. Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray (the "Superior Perfect Alignment Tray") is representative of the Accused Products at least because the other Accused Products function in the same or substantially similar manner to Superior's Perfect Alignment Tray. Superior's marketing, customer support, and other technical information describe the relevant aspects of the Accused Products in the same way as the Superior Perfect Alignment Tray. Videos and testing of multiple different Accused Products further confirms that the Superior Perfect Alignment Tray operates in the same or substantially similar manner as the other Accused Products. Thus, on information and belief, the Superior Perfect Alignment Tray functionality described in this chart is representative of the other Accused Products.

Belkin contends each of the following claim limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| 1[pre]. An overlay applicator tray, comprising: | The Superior Perfect Alignment Tray is an overlay applicator tray for installing screen protectors on mobile phones.<br><br>For example, Superior's website shows the Superior Perfect Alignment Tray:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | <br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:20. |
| [1.a] an overlay applicator, | The Superior Perfect Alignment Tray comprises an overlay applicator.<br><br>For example, Superior's website shows that the Superior Perfect Alignment Tray includes an overlay applicator as labeled herein: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.

Further illustration of the overlay applicator is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| | <br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:51. |
| [1.b] wherein the overlay applicator includes an overlay layer, | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the overlay applicator includes an overlay layer.<br><br>For example, Superior's website shows that the Superior Perfect Alignment Tray includes an overlay applicator that includes an overlay layer as labeled herein: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | 

*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | Further illustration of the overlay layer is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br><br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:56. |
| [1.c] an adhesive release liner, and | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the overlay applicator includes an adhesive release liner. |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| | For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an adhesive release liner (a "protective film" attached to "Tab B") as labeled herein:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | Further illustration of the adhesive release liner is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br><br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:56. |
| [1.d] one or more pull tabs, | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the overlay applicator includes one or more pull tabs. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | For example, Superior's website shows that the Superior Perfect Alignment Tray comprises one or more pull tabs as labeled herein:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| | Further illustration of the one or more pull tabs is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br><br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:51. |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| [1.e] wherein the overlay layer includes a top side and a bottom side, wherein the bottom side is configured to be adhered to a screen of an electronic device, | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the overlay layer includes a top side and a bottom side, wherein the bottom side is configured to be adhered to a screen of an electronic device. <br><br> For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an overlay layer as labeled herein: <br><br>  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration of the overlay applicator's top side, bottom side, and configuration for adherence to a screen of an electronic device overlay applicator is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br> |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
|  |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |
| | As a result of the steps shown in the YouTube video above, the overlay layer is adhered to the screen of the electronic device. When TAB A is peeled back, the bottom side of the overlay layer remains attached to the electronic device while the top side of the overlay layer is exposed to the air.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:55-01:09, 01:28, 01:52. |
| [1.f] wherein the adhesive release liner is removably attached | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the adhesive release liner is removably attached to the bottom side of the overlay layer. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| to the bottom side of the overlay layer, | For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an adhesive release liner as labeled herein:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | Further illustration of the removal of the adhesive release liner from the bottom side of the overlay layer is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br><br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:56. |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| [1.g] and wherein a first pull tab of the one or more pull tabs is coupled to the adhesive release liner and is configured to be pulled to remove the adhesive release liner from the bottom side of the overlay layer and expose an adhesive of the overlay layer; | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein a first pull tab of the one or more pull tabs is coupled to the adhesive release liner and is configured to be pulled to remove the adhesive release liner from the bottom side of the overlay layer and expose an adhesive of the overlay layer.<br><br>For example, Superior's website shows that the Superior Perfect Alignment Tray comprises a first pull tab as labeled herein:<br><br> |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. <br><br> Further illustration of removal of the adhesive release liner, via pulling the first pull tab (named "TAB B"), to expose an adhesive of the overlay layer is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray: <br><br>  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | <br><br>As a result of the steps shown in the YouTube video above, the removal of the adhesive release layer exposes an adhesive on the bottom side of the overlay layer. This allows the overlay layer to be adhered to the screen of the electronic device.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:55-01:09. |
| [1.h] a cradle, wherein the cradle includes a device slot corresponding to a | The Superior Perfect Alignment Tray comprises a cradle, wherein the cradle includes a device slot corresponding to a recess in the cradle that is sized and shaped to securely hold the electronic device in the cradle. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| recess in the cradle that is sized and shaped to securely hold the electronic device in the cradle, | For example, Superior's website shows that the Superior Perfect Alignment Tray comprises a cradle as labeled herein:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | Further illustration of the cradle is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:  *See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:18. The device slot of Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray product is shown herein: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
|  | <br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:47.<br><br>The device slot corresponds to a recess in the cradle that is sized and shaped to securely hold the electronic device in the cradle as shown below: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | <br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:51. |
| [1.i] wherein the cradle includes an attachment surface for coupling the overlay applicator to the cradle, | The Superior Perfect Alignment Tray comprises a cradle, wherein the cradle includes an attachment surface for coupling the overlay applicator to the cradle.<br><br>For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an attachment surface as labeled herein: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | 

*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.

Further illustration of the attachment surface is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
| --- | --- |
|  |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | <br><br>As shown above, the attachment surface is the portion of the cradle where the overlay applicator is attached.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 01:33-01:50. |
| [1.j] wherein the cradle includes a pull tab recess comprising an inclined surface | The Superior Perfect Alignment Tray comprises a cradle, wherein the cradle includes a pull tab recess comprising an inclined surface corresponding to a recessed surface of the cradle having a depth below a top surface of the cradle. |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| corresponding to a recessed surface of the cradle having a depth below a top surface of the cradle, | For example, Superior's website shows that the Superior Perfect Alignment Tray comprises a pull tab recess comprising an inclined surface corresponding to a recessed surface of the cradle having a depth below a top surface of the cradle as labeled herein:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>The following photo of the Superior Perfect Alignment Tray further illustrates the pull tab recess comprising an inclined surface corresponding to a recessed surface of the cradle having a depth below a top surface of the cradle as labeled herein: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| [1.k] wherein the pull tab recess is positioned in the cradle at a position to align with at least one of the one or more pull tabs, and | The Superior Perfect Alignment Tray comprises a cradle, wherein the pull tab recess is positioned in the cradle at a position to align with at least one of the one or more pull tabs.<br><br>For example, Superior's website shows that the Superior Perfect Alignment Tray comprises a pull tab recess as labeled herein:<br><br> |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration of the pull tab recess's alignment with at least one of the one or more pull tabs (named "TAB A") is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br> |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| |  |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| |  *See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:55-01:03. |
| [1.l] wherein the cradle, including the top surface, the | The Superior Perfect Alignment Tray comprises a cradle, wherein the cradle, including the top surface, the device slot, the pull tab recess, and the attachment surface, comprises a unitary body. |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
| --- | --- |
| device slot, the pull tab recess, and the attachment surface, comprises a unitary body; and | For example, Superior's website shows that the Superior Perfect Alignment Tray comprises a cradle as labeled herein:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | Further illustration of the unitary body of the cradle, including its components is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:  |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| |  *See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:47, 01:31, 01:50, 01:52. |
| [1.m] an alignment piece coupling the cradle to the overlay applicator, | The Superior Perfect Alignment Tray comprises an alignment piece coupling the cradle to the overlay applicator. For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an alignment piece as labeled herein: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. Further illustration of the alignment piece is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
| --- | --- |
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

As shown above, the alignment piece couples the overlay applicator to the cradle. The alignment piece attaches to the cradle at the attachment surface.

*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:42, 00:44.

The following photos of the Superior Perfect Alignment Tray further illustrate the alignment piece:

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| [1.n] wherein the alignment piece includes a cradle attachment portion for coupling to the attachment surface and | The Superior Perfect Alignment Tray comprises an alignment piece, wherein the alignment piece includes a cradle attachment portion for coupling to the attachment surface. <br><br> For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an alignment piece which includes a cradle attachment portion for coupling to the attachment surface as labeled herein: <br><br>  <br><br> *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| | Further illustration of the cradle attachment portion is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| |  As shown above, the cradle attachment portion is the specific portion of the alignment piece that attaches to the cradle at the attachment surface. *See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:42, 00:44, 01:33. The following photos of the Superior Perfect Alignment Tray further illustrate the cradle attachment portion of the alignment piece: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| [1.o] an overlay attachment portion for coupling to the overlay applicator, | The Superior Perfect Alignment Tray comprises an alignment piece, wherein the alignment piece includes an overlay attachment portion for coupling to the overlay applicator. <br><br> For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an overlay attachment portion as labeled herein: <br><br>  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration of the overlay attachment portion is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br> |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | <br><br>As shown above, the overlay attachment portion is the specific portion of the alignment piece that attaches to the overlay applicator.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:42, 00:44, 00:58.<br><br>The following photos of the Superior Perfect Alignment Tray further illustrate the overlay attachment portion of the alignment piece: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| [1.p] wherein the alignment piece aligns the overlay layer of the overlay applicator with the screen as the overlay layer is applied to the screen when the electronic device is securely held in the device slot. | The Superior Perfect Alignment Tray comprises an alignment piece, wherein the alignment piece aligns the overlay layer of the overlay applicator with the screen as the overlay layer is applied to the screen when the electronic device is securely held in the device slot.<br><br>For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an alignment piece which aligns the overlay layer of the overlay applicator with the screen while the electronic device is in the cradle as labeled herein:<br><br> |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration of the alignment of the overlay layer with the screen as the overlay layer is applied to the screen when the electronic device is securely held in the device slot is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br> |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
| --- | --- |
| | <br><br>As shown above, the alignment piece holds the overlay applicator in place, allowing the overlay applicator to be rotated and align with the screen of the electronic device while the device is securely held in the device slot. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | <br><br>As a result of aligning the overlay applicator with the screen of the electronic device, the overlay layer adheres to the screen of the electronic device.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:58, 01:01, 01:29. |
| 10[pre]. A method comprising: | The Superior Perfect Alignment Tray performs a method for installing screen protectors on mobile phones.<br><br>For example, the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray shows that the Superior Perfect Alignment Tray performs a method for installing screen protectors on mobile phones: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  **PureGear HD Screen Protector Installation for Devices with a Fingerprint Sensor** |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  *See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:20, 00:49, 00:55, 00:58, 01:01, 01:28. |
| [10.a] inserting an electronic device into a device slot of a cradle of an overlay applicator tray, | The Superior Perfect Alignment Tray comprises a device slot of a cradle of an overlay applicator tray where an electronic device is inserted.<br><br>For example, the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray shows that the Superior Perfect Alignment Tray comprises a device slot of a cradle of an overlay applicator tray where an electronic device is inserted as labeled herein: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| |  *See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:47, 00:49.<br><br>As further illustrated on Superior's website below, the electronic device is inserted into the device slot in order to receive the screen protector: |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | <br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [10.b] wherein the overlay applicator | The Superior Perfect Alignment Tray comprises an overlay applicator.<br><br>See Claim 1(a) above. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| tray includes: an overlay applicator, | |
| [10.c] wherein the overlay applicator includes an overlay layer, | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the overlay applicator includes an overlay layer.<br><br>See Claim 1(b) above. |
| [10.d] an adhesive release liner, and | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the overlay applicator includes an adhesive release liner.<br><br>See Claim 1(c) above. |
| [10.e] one or more pull tabs, | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the overlay applicator includes one or more pull tabs.<br><br>See Claim 1(d) above. |
| [10.f] wherein the overlay layer includes a top side and a bottom side, wherein the bottom side is configured to be adhered to a screen of an electronic device, | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the overlay layer includes a top side and a bottom side, wherein the bottom side is configured to be adhered to a screen of an electronic device.<br><br>See Claim 1(e) above. |
| [10.g] wherein the adhesive release liner is removably attached to the bottom side of the overlay layer, | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein the adhesive release liner is removably attached to the bottom side of the overlay layer.<br><br>See Claim 1(f) above. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| [10.h] and wherein a first pull tab of the one or more pull tabs is coupled to the adhesive release liner and is configured to be pulled to remove the adhesive release liner from the bottom side of the overlay layer and expose an adhesive of the overlay layer; | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein a first pull tab of the one or more pull tabs is coupled to the adhesive release liner and is configured to be pulled to remove the adhesive release liner from the bottom side of the overlay layer and expose an adhesive of the overlay layer.<br><br>See Claim 1(g) above. |
| [10.i] a cradle, | The Superior Perfect Alignment Tray comprises a cradle.<br><br>See Claim 1(h) above. |
| [10.j] wherein the cradle includes a device slot corresponding to a recess in the cradle that is sized and shaped to securely hold the electronic device in the cradle, | The Superior Perfect Alignment Tray comprises a cradle, wherein the cradle includes a device slot corresponding to a recess in the cradle that is sized and shaped to securely hold the electronic device in the cradle.<br><br>See Claim 1(h) above. |
| [10.k] wherein the cradle includes an attachment surface for coupling the overlay | The Superior Perfect Alignment Tray comprises a cradle, wherein the cradle includes an attachment surface for coupling the overlay applicator to the cradle.<br><br>See Claim 1(i) above. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| applicator to the cradle, | |
| [10.l] wherein the cradle includes a pull tab recess comprising an inclined surface corresponding to a recessed surface of the cradle having a depth below a top surface of the cradle, | The Superior Perfect Alignment Tray comprises a cradle, wherein the cradle includes a pull tab recess comprising an inclined surface corresponding to a recessed surface of the cradle having a depth below a top surface of the cradle.<br><br>See Claim 1(j) above. |
| [10.m] wherein the pull tab recess is positioned in the cradle at a position to align with at least one of the one or more pull tabs, and | The Superior Perfect Alignment Tray comprises a cradle, wherein the pull tab recess is positioned in the cradle at a position to align with at least one of the one or more pull tabs.<br><br>See Claim 1(k) above. |
| [10.n] wherein the cradle, including the top surface, the device slot, the pull tab recess, and the attachment surface, comprises a unitary body; and | The Superior Perfect Alignment Tray comprises a cradle, wherein the cradle, including the top surface, the device slot, the pull tab recess, and the attachment surface, comprises a unitary body.<br><br>See Claim 1(l) above. |
| [10.o] an alignment piece coupling the | The Superior Perfect Alignment Tray comprises an alignment piece coupling the cradle to the overlay applicator. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| cradle to the overlay applicator, | See Claim 1(m) above. |
| [10.p] wherein the alignment piece includes a cradle attachment portion for coupling to the attachment surface and | The Superior Perfect Alignment Tray comprises an alignment piece, wherein the alignment piece includes a cradle attachment portion for coupling to the attachment surface.<br><br>See Claim 1(n) above. |
| [10.q] an overlay attachment portion for coupling to the overlay applicator, | The Superior Perfect Alignment Tray comprises an alignment piece, wherein the alignment piece includes an overlay attachment portion for coupling to the overlay applicator.<br><br>See Claim 1(o) above. |
| [10.r] wherein the alignment piece aligns the overlay layer of the overlay applicator with the screen as the overlay layer is applied to the screen when the electronic device is securely held in the device slot. | The Superior Perfect Alignment Tray comprises an alignment piece, wherein the alignment piece aligns the overlay layer of the overlay applicator with the screen as the overlay layer is applied to the screen when the electronic device is securely held in the device slot.<br><br>See Claim 1(p) above. |
| [10.s] removing the adhesive release liner from the overlay layer using the first pull tab | The Superior Perfect Alignment Tray comprises an overlay applicator, wherein a first pull tab of the one or more pull tabs is coupled to the adhesive release liner and is configured to be pulled to remove the adhesive release liner from the bottom side of the overlay layer and expose an adhesive of the overlay layer.<br><br>See Claim 1(g) above. |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| [10.t] rotating the overlay applicator with respect to the cradle to apply the overlay layer of the overlay applicator to the screen of the electronic device, | The Superior Perfect Alignment Tray applies an overlay layer of the overlay applicator to a screen of the electronic device by rotating the overlay applicator with respect to the cradle. <br><br> For example, Superior's website shows that the Superior Perfect Alignment Tray applies an overlay layer of the overlay applicator to a screen of the electronic device by rotating the overlay applicator with respect to the cradle as labeled herein: <br><br>  |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| | As shown above, the overlay applicator is rotated toward the cradle to apply the overlay layer to the screen of the electronic device.

*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.

Further illustration that the Superior Perfect Alignment Tray applies an overlay layer of the overlay applicator to a screen of the electronic device by rotating the overlay applicator with respect to the cradle is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:

 |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | The overlay applicator is rotated toward the cradle by pulling on TAB A, before aligning with the screen of the electronic device.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:58.<br><br><br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 01:01. |
| [10.u] wherein rotating maintains | The **Superior Perfect Alignment Tray** maintains a coupling of the cradle to the overlay applicator as the overlay layer is applied to the screen. |

| **Claims 1 and 10 of U.S. Patent No. 10,675,817** | **Superior Perfect Alignment Tray** |
|---|---|
| coupling of the cradle to the overlay applicator as the overlay layer is applied to the screen. | For example, Superior's website shows that the Superior Perfect Alignment Tray maintains a coupling of the cradle to the overlay applicator as the overlay layer is applied to the screen **as labeled herein**:  |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
|---|---|
| | 

As shown above, the overlay applicator remains coupled to the cradle as the overlay layer is being applied to the screen of the electronic device.

*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:58, 01:01. |

| Claims 1 and 10 of U.S. Patent No. 10,675,817 | Superior Perfect Alignment Tray |
| --- | --- |
| | <br><br>As further illustrated above, overlay applicator remains coupled to the cradle even after the overlay layer has been applied to the screen of the electronic device.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 01:29. |