# EXHIBIT F

### <u>Infringement Claim Chart for U.S. Patent No. 10,782,746 Based on Superior's PureGear Screen Protectors</u>

Superior directly and/or indirectly infringes at least example claims 1 and 10 of U.S. Patent No. 10,782,746 ('the '746 patent") by making, using, offering to sell, selling, and/or importing the Accused Products into the United States. Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector (the "PureGear HD Glass Screen Protector") is representative of the Accused Products at least because the other Accused Products function in the same or substantially similar manner to the PureGear HD Glass Screen Protector. Superior's marketing, customer support, and other technical information describe the relevant aspects of the Accused Products in the same way as the PureGear HD Glass Screen Protector. Videos and testing of multiple different Accused Products further confirms that the PureGear HD Glass Screen Protector operates in the same or substantially similar manner as the other Accused Products. Thus, on information and belief, the PureGear HD Glass Screen Protector functionality described in this chart is representative of the other Accused Products.

Belkin contends each of the following claim limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| [1.pre] An apparatus comprising: | Superior's PureGear HD Glass Screen Protector is an apparatus comprising an overlay.<br><br>As illustrated on PureGear's website, Superior's PureGear HD Glass Screen Protector is an apparatus comprising an overlay:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [1.a] an overlay comprising a top | Superior's PureGear HD Glass Screen Protector includes an overlay comprising a top side and a bottom side. |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| side and a bottom side, | For example, Superior's PureGear HD Glass Screen Protector as pictured below shows an overlay with a top side and bottom side as labeled below:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [1.b] the overlay comprising dimensions coterminous with | Superior's PureGear HD Glass Screen Protector includes an overlay comprising dimensions coterminous with a screen of an electronic device. |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| a screen of an electronic device, and | As illustrated below, the overlay is designed to fit, in this example, over the entire screen of the Apple iPhone 17 Pro Max without any portion of the overlay extending beyond the dimensions of the device. Accordingly, Superior's PureGear HD Glass Screen Protector as pictured below shows an overlay comprising dimensions coterminous with a screen of an electronic device:  *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| |  See (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [1.c] the overlay comprising at least one of glass, tempered glass, silica-infused | Superior's PureGear HD Glass Screen Protector includes an overlay comprised of tempered glass. As illustrated below, the overlay is comprised of tempered glass: |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| plastic, or polyethylene terephthalate; and | <br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| |  |
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [1.d] an adhesive component comprising a top side and a bottom side, | Superior's PureGear HD Glass Screen Protector includes an adhesive component comprising a top side and a bottom side.<br><br>For example, Superior's PureGear HD Glass Screen Protector as pictured below describes an adhesive layer comprising a top side that adheres to the overlay and a bottom side that adheres to the electronic device: |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| | 

*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [1.e] the top side of the adhesive component being adhered to the bottom side of the overlay, | Superior's PureGear HD Glass Screen Protector includes an adhesive component wherein the top side of the adhesive component is adhered to the bottom side of the overlay.<br><br>As illustrated below, Superior's PureGear HD Glass Screen Protector includes is configured to adhere to the screen of an electronic device using an adhesive component.<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| | As further illustrated below, Superior's PureGear HD Glass Screen Protector includes an adhesive component wherein the top side of the adhesive component is adhered to the bottom side of the overlay:  *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| | |
| [1.f] the adhesive component being optically clear, | Superior's PureGear HD Glass Screen Protector has an optically clear adhesive component.<br><br>As advertised on the Pure Gear website, Superior's PureGear HD Glass Screen Protector is configured to "maintain all the richness and color depth" of the electronic device's screen. Accordingly, the below picture shows the adhesive component being optically clear:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| | <br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [1.g] the adhesive component being configured to adhere the bottom side of the overlay to the screen of the electronic device in a single-use application of the overlay by adhering the bottom side of the adhesive component to the screen of the electronic device, and | Superior's PureGear HD Glass Screen Protector has an adhesive side on the bottom of the screen protector configured to adhere to the screen of an electronic device.  The bottom of the screen protector is adhered to the electronic device in a single use application with the use of PureGear's Perfect Alignment Tray.  The bottom of the adhesive component is adhered to the screen of the electronic device.<br><br>As illustrated below, Superior's PureGear HD Glass Screen Protector includes an adhesive component that adheres to the screen of an electronic device:<br><br> |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. <br><br> As shown on Pure Gear's website, the overlay includes an adhesive component configured to adhere the bottom side of the overlay to the screen of the electronic device in a single-use application of the overlay |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| |  *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| | On PureGear's website, there is a question-and-answer page that discusses how to take off Pure Gear's screen protectors. PureGear's website confirms that pieces of the screen protector may break and separate from the screen protector resulting in a single use product.<br><br>**How do I take off my screen protector?**<br><br>o Start off by lifting the screen protector from a corner. Try a corner at a time until one of them gives. Be patient and very gentle— there's no need to use too much force. If you have too much trouble lifting a corner loose, try a toothpick. Point the end upwards, AWAY from the phone's screen. o Once the corner begins to give and you see the tempered glass separating from the phone, you're going to need to resist the urge to just quickly remove it all at once. If you do, and you break the screen, it's okay. It will just make this process take longer. As the corner starts to lift, it helps to place a separator (something thin like a post-it note) between the protector and the phone. With the protector in place, move on to the next closest corner and do the same. Repeat this process on each corner. On the last corner, keep lifting slowly until the protector is fully separated. Keep in mind how important it is to take your time and be patient or you'll have to remove tiny pieces of glass from your phone.<br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>PureGear has also represented that its screen protectors are single-use, including, for example, in responding to customer questions: |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| | **PureGearInfo**<br>Feb 15, 2011<br><br>Good Morning,<br><br>Unfortunately the screen protectors cannot be cleaned and reapplied or reused.<br><br>We would be happy to send you an additional screen protector with instructions on how to properly apply it.<br><br>Please provide us with your email and address so we can ship you a new screen protector.<br><br>You can also email us with any questions at {edited for privacy}<br><br>Let us know if you have any questions or concerns.<br><br>Thank you,<br><br>The PureGear Team<br><br>*See* (Webpage from Verizon's discussion forum), website - https://community.verizon.com/discussion/comment/210059#Comment_210059. |
| [1.h] the apparatus being configured such that a display of the screen of the electronic device is viewable | Superior's PureGear HD Glass Screen Protector is configured such that a display of the screen of the electronic device is viewable through the overlay and the adhesive component without noticeable distortion when the bottom side of the adhesive component is adhered to the screen of the electronic device.<br><br>As advertised on the product listing, the screen protector is configured to "maintain all the richness and color depth" of the electronic device's screen when applied to the electronic device. |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| through the overlay and the adhesive component without noticeable distortion when the bottom side of the adhesive component is adhered to the screen of the electronic device, | <br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| | <br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| |  *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [1.i] wherein: the apparatus is configured such that, while the overlay is being removed from being adhered to the screen of the electronic device after the single-use application of the overlay, at least a portion of the adhesive | Superior's PureGear HD Glass Screen Protector is configured such that, while the overlay is being removed from being adhered to the screen of the electronic device after the single-use application of the overlay, at least a portion of the adhesive component is automatically being detached from at least a portion of the overlay. For example, on PureGear's website, there is a question-and-answer page that discusses how to take off the screen protector.  PureGear's website confirms that pieces of the screen protector may break and separate from the screen protector resulting in a single use product.  Accordingly, Superior's PureGear HD Glass Screen Protector is configured such that the single use nature of the overlay results in a portion of the clear adhesive component being removed from at least a portion of the overlay because subsequent attempts to adhere the overlay to the electronic device will not work. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| component is automatically being detached from at least a portion of the overlay. | **How do I take off my screen protector?**<br><br>o Start off by lifting the screen protector from a corner. Try a corner at a time until one of them gives. Be patient and very gentle— there's no need to use too much force. If you have too much trouble lifting a corner loose, try a toothpick. Point the end upwards, AWAY from the phone's screen. o Once the corner begins to give and you see the tempered glass separating from the phone, you're going to need to resist the urge to just quickly remove it all at once. If you do, and you break the screen, it's okay. It will just make this process take longer. As the corner starts to lift, it helps to place a separator (something thin like a post-it note) between the protector and the phone. With the protector in place, move on to the next closest corner and do the same. Repeat this process on each corner. On the last corner, keep lifting slowly until the protector is fully separated. Keep in mind how important it is to take your time and be patient or you'll have to remove tiny pieces of glass from your phone.<br><br>*See* (General Questions webpage for Superior's PureGear products), website - https://www.pure-gear.com/knowledge-base/general-questions/?srsltid=AfmBOopUR8pVnk5zLqE-h4RIxlpTPANWFl6Fk16ALwuV5jllF9Lxshw2.<br><br>Additionally, testing of a PureGear HD Glass Screen Protector shows that when removing the screen protector after installation on a device screen, adhesive residue remained on the device screen that was not there before installation of the screen protector. This indicates that at least a portion of the adhesive component on the screen protector detached from the screen protector, staying on the device screen, upon removal of the screen protector. |
| [11.pre] A method comprising: | Superior's PureGear HD Glass Screen Protector is a method.<br><br>For example, as illustrated in the image below Pure Gear's website demonstrates that Superior's PureGear HD Glass Screen Protector is a method for providing an overlay. |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| | <br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [11.a] providing an overlay, | Superior's PureGear HD Glass Screen Protector is an overlay.<br><br>See claim [1.pre], *supra*. |
| [11.b] the overlay comprising a top side and a bottom side, | Superior's PureGear HD Glass Screen Protector includes an overlay comprising a top side and a bottom side.<br><br>See claim [1.a], *supra*. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| [11.c] the overlay comprising dimensions coterminous with a screen of an electronic device, and | Superior's PureGear HD Glass Screen Protector includes an overlay comprising dimensions coterminous with a screen of an electronic device.<br><br>See claim [1.b], *supra*. |
| [11.d] the overlay comprising at least one of glass, tempered glass, silica-infused plastic, or polyethylene terephthalate; and | Superior's PureGear HD Glass Screen Protector includes an overlay comprised of tempered glass.<br><br>See claim [1.c], *supra*. |
| [11.e] providing an adhesive component, | Superior's PureGear HD Glass Screen Protector provides an adhesive component.<br><br>See claim [1.d], *supra*. |
| [11.f] the adhesive component comprising a top side and a bottom side, | Superior's PureGear HD Glass Screen Protector includes an adhesive component comprising a top side and a bottom side.<br><br>See claim [1.d], *supra*. |
| [11.g] the top side of the adhesive component being adhered to the | Superior's PureGear HD Glass Screen Protector includes an adhesive components wherein the top side of the adhesive component is adhered to the bottom side of the overlay.<br><br>See claim [1.e], *supra*. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| bottom side of the overlay, | |
| [11.h] the adhesive component being optically clear, | Superior's PureGear HD Glass Screen Protector has an optically clear adhesive component.<br><br>See claim [1.f], *supra*. |
| [11.i] the adhesive component being configured to adhere the bottom side of the overlay to the screen of the electronic device in a single-use application of the overlay by adhering the bottom side of the adhesive component to the screen of the electronic device, and | Superior's PureGear HD Glass Screen Protector has an adhesive side on the bottom of the screen protector configured to adhere to the screen of an electronic device.  The bottom of the screen protector is adhered to the electronic device in a single use application with the use of PureGear's Perfect Alignment Tray.  The bottom of the adhesive component is adhered to the screen of the electronic device.<br><br>See claim [1.g], *supra*. |
| [11.j] the apparatus being configured such that a display of the screen of the | Superior's PureGear HD Glass Screen Protector is configured such that a display of the screen of the electronic device is viewable through the overlay and the adhesive component without noticeable distortion when the bottom side of the adhesive component is adhered to the screen of the electronic device.<br><br>See claim [1.h], *supra*. |

| Claims 1 and 11 of U.S. Patent No. 10,782,746 | PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector |
|---|---|
| electronic device is viewable through the overlay and the adhesive component without noticeable distortion when the bottom side of the adhesive component is adhered to the screen of the electronic device, | |
| [11.k] wherein: the overlay and the adhesive component are configured such that, while the overlay is being removed from being adhered to the screen of the electronic device after the single-use application of the overlay, at least a portion of | Superior's PureGear HD Glass Screen Protector is configured such that, while the overlay is being removed from being adhered to the screen of the electronic device after the single-use application of the overlay, at least a portion of the adhesive component is automatically being detached from at least a portion of the overlay.  See claim [1.i], *supra*. |

| **Claims 1 and 11 of U.S. Patent No. 10,782,746** | **PureGear iPhone 17 Pro Max High-Definition Glass Screen Protector** |
|---|---|
| the adhesive component is automatically being detached from at least a portion of the overlay. | |