# EXHIBIT G

## Infringement Claim Chart for U.S. Patent No. 11,772,320 Based on Superior Perfect Alignment Tray

Superior directly and/or indirectly infringes at least example claims 1 and 10 of U.S. Patent No. 11,772,320 ('the '320 patent') by making, using, offering to sell, selling, and/or importing the Accused Products into the United States. Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray (the "Superior Perfect Alignment Tray") is representative of the Accused Products at least because the other Accused Products function in the same or substantially similar manner to Superior Perfect Alignment Tray. Superior's marketing, customer support, and other technical information describe the relevant aspects of the Accused Products in the same way as the Superior Perfect Alignment Tray. Videos and testing of multiple different Accused Products further confirms that the Superior Perfect Alignment Tray operates in the same or substantially similar manner as the other Accused Products. Thus, on information and belief, the Superior Perfect Alignment Tray functionality described in this chart is representative of the other Accused Products.

Belkin contends each of the following claim limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

| **Claims 1 and 10 of U.S. Patent No. 11,772,320** | **Superior Perfect Alignment Tray** |
|---|---|
| 1[pre]. An overlay applicator tray comprising: | The Superior Perfect Alignment Tray is an overlay applicator tray for installing screen protectors on mobile phones.<br><br>For example, Superior's website shows the Superior Perfect Alignment Tray as displayed herein:<br><br><br><br>**Easy Installation**<br>The included Perfect Alignment Tray makes installation a breeze! |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br><br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:20. |

| **Claims 1 and 10 of U.S. Patent No. 11,772,320** | **Superior Perfect Alignment Tray** |
|---|---|
| [1.a] a cradle comprising a device slot, wherein the device slot is configured to securely hold an electronic device in the cradle; | The Superior Perfect Alignment Tray comprises a cradle comprising a device slot. This device slot is configured to securely hold an electronic device in the cradle.<br><br>For example, Superior's website shows that the Superior Perfect Alignment Tray comprises a plastic cradle to hold a mobile phone:<br><br> |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration of the cradle is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br> |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  As shown above, an electronic device can be securely inserted into the device slot of the cradle.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:47, 01:03. |
| [1.b] an overlay applicator, wherein the overlay applicator comprises an overlay layer and an adhesive release liner, | The Superior Perfect Alignment Tray comprises an overlay applicator that comprises an overlay layer and an adhesive release liner.<br><br>For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an overlay applicator that includes an overlay that adheres to the mobile phone: |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
|  |  *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. The following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray shows that the overlay applicator also includes a plastic film that peels off to expose the adhesive side of the overlay: |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| **Claims 1 and 10 of U.S. Patent No. 11,772,320** | **Superior Perfect Alignment Tray** |
|---|---|
| | <br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:55, 00:56. |
| [1.c] the overlay layer comprises a top side and a bottom side, the bottom side is configured to be adhered to a screen of the electronic device, | The Superior Perfect Alignment Tray comprises an overlay layer with a top side and a bottom side. The bottom side is configured to be adhered to a screen of the electronic device.<br><br>For example Superior's website shows that the Superior Perfect Alignment Tray comprises an overlay layer, the bottom side of which adheres to the mobile phone: |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
|  |  *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration of the overlay applicator's top side, bottom side, and configuration for adherence to a screen of an electronic device is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray: |

| <u>**Claims 1 and 10 of U.S. Patent No. 11,772,320**</u> | <u>**Superior Perfect Alignment Tray**</u> |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
| --- | --- |
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| | <br><br>As a result of the steps shown in the YouTube video above, the overlay layer is adhered to the screen of the electronic device. When TAB A is peeled back, the bottom side of the overlay layer remains attached to the electronic device while the top side of the overlay layer is exposed to the air.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:55, 00:56, 00:58, 1:01, 1:06, 1:28. |
| [1.d] and the adhesive release liner is removably attached to | The Superior Perfect Alignment Tray comprises an adhesive release liner that is removably attached to the bottom side of the overlay layer. |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| the bottom side of the overlay layer; | For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an adhesive release liner as labeled herein:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| <u>**Claims 1 and 10 of U.S. Patent No. 11,772,320**</u> | <u>**Superior Perfect Alignment Tray**</u> |
|---|---|
| | Further illustration of removal of the adhesive release liner from the bottom side of the overlay layer is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br><br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:56. |
| [1.e] an alignment piece coupling the cradle to the overlay | The Superior Perfect Alignment Tray comprises an alignment piece coupling the cradle to the overlay applicator. The alignment piece aligns the overlay layer of the overlay applicator with the screen as the overlay layer is applied to the screen when the electronic device is securely held in the device slot. |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| applicator, wherein the alignment piece aligns the overlay layer of the overlay applicator with the screen as the overlay layer is applied to the screen when the electronic device is securely held in the device slot; and | For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an alignment piece as labeled herein:<br><br> |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| | *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration of the alignment piece is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br> |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  *See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:42, 00:44.<br><br>Further illustration of the alignment of the overlay layer with the screen as the overlay layer is applied to the screen when the electronic device is securely held in the device slot is provided below: |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  As shown above, the alignment piece holds the overlay applicator in place, allowing the overlay applicator to be rotated and align with the screen of the electronic device while the device is securely held in the device slot.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:58, 01:01. |
| [1.f] a first pull tab on the adhesive release liner, wherein the first pull tab is configured to be pulled to remove the | The Superior Perfect Alignment Tray comprises a first pull tab on the adhesive release liner.  The first pull tab is configured to be pulled to remove the adhesive release liner from the bottom side of the overlay layer and expose an adhesive of the overlay layer. |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| adhesive release liner from the bottom side of the overlay layer and expose an adhesive of the overlay layer, | For example, Superior's website shows that the Superior Perfect Alignment Tray comprises an adhesive release liner as labeled herein:<br><br><br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| **Claims 1 and 10 of U.S. Patent No. 11,772,320** | **Superior Perfect Alignment Tray** |
|---|---|
| | As shown in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray, adhesive release tab has a first pull tab (labeled as TAB B) that removes the plastic film from the overlay to expose the adhesive side of the overlay to the mobile phone screen:<br><br> |

| <u>**Claims 1 and 10 of U.S. Patent No. 11,772,320**</u> | <u>**Superior Perfect Alignment Tray**</u> |
|---|---|
| | *See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:53, 00:56. |
| [1.g] wherein: the cradle further comprises a tab surface that is recessed below a top surface of the cradle and is configured to receive at least one pull tab of the | The Superior Perfect Alignment Tray comprises a cradle that further comprises a tab surface that is recessed below a top surface of the cradle. The tab surface is configured to receive at least one pull tab of the overlay applicator that extends beyond a first end of the overlay layer opposite a second end of the overlay layer from which the alignment piece extends.

For example, Superior's website shows that the Superior Perfect Alignment Tray comprises a tab surface that is recessed below the top surface of the cradle as labeled herein: |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| overlay applicator that extends beyond a first end of the overlay layer opposite a second end of the overlay layer from which the alignment piece extends. | <br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg.<br><br>Further illustration of the tab surface is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray: |

| **Claims 1 and 10 of U.S. Patent No. 11,772,320** | **Superior Perfect Alignment Tray** |
|---|---|
| | <br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:47.<br><br>As shown in the YouTube video below, the tab surface is configured to receive at least one pull tab of the overlay applicator that extends beyond a first end of the overlay layer opposite a second end of the overlay layer from which the alignment piece extends: |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| | <br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:58, 01:03. |
| 10[pre]. A method comprising: | The Superior Perfect Alignment Tray performs a method for installing screen protectors on mobile phones.<br><br>For example, the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray shows that the Superior Perfect Alignment Tray performs a method for installing screen protectors on mobile phones: |

| **Claims 1 and 10 of U.S. Patent No. 11,772,320** | **Superior Perfect Alignment Tray** |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  |

| **Claims 1 and 10 of U.S. Patent No. 11,772,320** | **Superior Perfect Alignment Tray** |
|---|---|
| |  *See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:20, 00:49, 00:55, 00:58, 01:01, 01:28. |
| [10.a] inserting an electronic device into a device slot of a cradle of an overlay applicator tray, | The Superior Perfect Alignment Tray comprises inserting an electronic device into a device slot of a cradle of an overlay applicator tray.<br><br>For example, the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray shows that the Superior Perfect Alignment Tray comprises a device slot of a cradle of an overlay applicator tray where an electronic device is inserted as labeled herein: |

| **Claims 1 and 10 of U.S. Patent No. 11,772,320** | **Superior Perfect Alignment Tray** |
|---|---|
| | <br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:47.<br><br>As further illustrated on Superior's website below, the electronic device is inserted into the device slot in order to receive the screen protector: |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| |  *See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |
| [10.b] wherein the device slot is | The Superior Perfect Alignment Tray comprises a device slot that is configured to securely hold the electronic device in the cradle. |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| configured to securely hold the electronic device in the cradle, | See claim 1(a) above. |
| [10.c] and the overlay applicator tray comprises an overlay applicator and an alignment piece coupling the cradle to the overlay applicator; and | The Superior Perfect Alignment Tray comprises an overlay applicator tray which comprises an overlay applicator and an alignment piece coupling the cradle to the overlay applicator.<br><br>See claims 1(b) and 1(e) above.<br><br>Claim 1(b) and the corresponding description above discusses, among other things, how the Superior Perfect Alignment Tray comprises an overlay applicator tray comprising an overlay applicator.<br><br>Claim 1(e) and the corresponding description above discusses, among other things, how the Superior Perfect Alignment Tray comprises an alignment piece coupling the cradle to the overlay applicator. |
| [10.d] rotating the overlay applicator with respect to the cradle to apply an overlay layer of the overlay applicator to a screen of the electronic device, | The Superior Perfect Alignment Tray applies an overlay layer of the overlay applicator to a screen of the electronic device by rotating the overlay applicator with respect to the cradle.<br><br>For example, Superior's website shows that the Superior Perfect Alignment Tray applies an overlay layer of the overlay applicator to a screen of the electronic device by rotating the overlay applicator with respect to the cradle as labeled herein: |

| **Claims 1 and 10 of U.S. Patent No. 11,772,320** | **Superior Perfect Alignment Tray** |
|---|---|
| | <br><br>As shown above, the overlay applicator is rotated toward the cradle to apply the overlay layer to the screen of the electronic device.<br><br>*See* (Webpage for Superior's PureGear Apple iPhone 17 Pro Max High-Definition Glass Screen Protector with Perfect Alignment Tray), website - https://www.pure-gear.com/screen-protection/66683pg. |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| | Further illustration that the Superior Perfect Alignment Tray applies an overlay layer of the overlay applicator to a screen of the electronic device by rotating the overlay applicator with respect to the cradle is provided in the following YouTube video uploaded by Superior demonstrating their installation guidance for the Superior Perfect Alignment Tray:<br><br><br><br>The overlay applicator is rotated toward the cradle by pulling on TAB A, before aligning with the screen of the electronic device.<br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 00:58. |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| | <br><br>*See* puregeartv YouTube channel, https://www.youtube.com/watch?v=PfS88PvMOiI, at 01:01. |
| [10.e] wherein the overlay layer comprises a top side and a bottom side, | The Superior Perfect Alignment Tray comprises an overlay layer which comprises a top side and a bottom side.<br><br>*See* claim 1(c) above. |
| [10.f] the overlay applicator further comprises an adhesive release liner removably | The Superior Perfect Alignment Tray comprises an overlay applicator which further comprises an adhesive release liner removably attached to the bottom side of the overlay layer.<br><br>*See* claims 1(b) and 1(d) above. |

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| attached to the bottom side of the overlay layer, | Claim 1(b) and the corresponding description above discusses how the Superior Perfect Alignment Tray comprises an overlay applicator, wherein the overlay applicator comprises an overlay layer and an adhesive release liner.<br><br>Claim 1(d) and the corresponding description above discusses how the Superior Perfect Alignment Tray comprises an adhesive release liner that is removably attached to the bottom side of the overlay layer. |
| [10.g] the bottom side is configured to be adhered to the screen, | The Superior Perfect Alignment Tray comprises an overlay layer which comprises a bottom side that is configured to be adhered to the screen of the electronic device.<br><br>*See* claim 1(c) above. |
| [10.h] and the alignment piece aligns the overlay layer with the screen and maintains the coupling of the cradle to the overlay applicator as the overlay layer is applied to the screen, | The Superior Perfect Alignment Tray comprises an alignment piece which aligns the overlay layer with the screen and maintains the coupling of the cradle to the overlay applicator as the overlay layer is applied to the screen.<br><br>*See* claim 1(e) above. |
| [10.i] wherein: the adhesive release liner is removed from the bottom side of the overlay layer using a first pull tab on the adhesive release liner; | The Superior Perfect Alignment Tray comprises an adhesive release liner that is removed from the bottom side of the overlay layer using a first pull tab on the adhesive release liner.<br><br>*See* claim 1(f) above. |

-43-

| Claims 1 and 10 of U.S. Patent No. 11,772,320 | Superior Perfect Alignment Tray |
|---|---|
| [10.j] the first pull tab is configured to be pulled to remove the adhesive release liner from the bottom side of the overlay layer and expose an adhesive of the overlay layer; and | The Superior Perfect Alignment Tray comprises a first pull tab configured to be pulled to remove the adhesive release liner from the bottom side of the overlay layer and expose an adhesive of the overlay layer.<br><br>*See* claim 1(f) above. |
| [10.k] the cradle further comprises a tab surface that is recessed below a top surface of the cradle and is configured to receive at least one pull tab of the overlay applicator that extends beyond a first end of the overlay layer opposite a second end of the overlay layer from which the alignment piece extends. | The Superior Perfect Alignment Tray comprises a cradle that further comprises tab surface that is recessed below a top surface of the cradle and is configured to receive at least one pull tab of the overlay applicator that extends beyond a first end of the overlay layer opposite a second end of the overlay layer from which the alignment piece extends.<br><br>*See* claim 1(g) above. |